**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  07-cv-00064-LTB-CBS

MANI PACHAIYAPPAN       A78 653 435
GEETHA KUPPU RAO        A78 653 436

       Plaintiffs,

v.

ALBERTO GONZALEZ, Attorney General of the United States of America;
DEPARTMENT OF HOMELAND SECURITY;
MICHAEL CHERTOFF, Secretary, Department of Homeland Security;
UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES;
EMILIO T. GONZALES, Director, United States Citizenship and Immigration Services;
USCIS NEBRASKA SERVICE CENTER;
GERARD HEINAUER, Director, USCIS Nebraska Service Center;
GREGORY W. CHRISTIAN, Deputy Director, USCIS Nebraska Service Center;
ELIZABETH POSONT, USCIS Nebraska Service Center, District Counsel; and
THE UNITED STATES OF AMERICA,

       Defendants.
_____

## MINUTE ORDER
_____

BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK


     The Joint Motion for a Brief Stay (Doc 3 - filed April 27, 2007) is **GRANTED**.  This matter is STAYED until June 30, 2007.  The parties shall file a status report on or before June 30, 2007.  An answer or other responsive pleading, if needed, should be filed within 30 days of the issuance of an order lifting the stay, on motion of the parties.


Dated:  April 30, 2007
_____