**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CIVIL ACTION NO. 07-cv-00064-LTB

MANI PACHAIYAPPAN   A78 653 435
GEETHA KUPPU RAO     A78 653 436

       Plaintiffs
v.

ALBERTO GONZALEZ, Attorney General of the United States of America;
DEPARTMENT OF HOMELAND SECURITY;
MICHAEL CHERTOFF, Secretary, Department of Homeland Security;
UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES;
EMILIO T. GONZALES, Director, United States Citizenship and Immigration Services;
USCIS NEBRASKA SERVICE CENTER;
GERARD HEINAUER, Director, USCIS Nebraska Service Center;
GREGORY W. CHRISTIAN, Deputy Director, USCIS Nebraska Service Center;
ELIZABETH POSONT, USCIS Nebraska Service Center, District Counsel; and
THE UNITED STATES OF AMERICA

       Defendants.

**ORDER OF DISMISSAL**

Pursuant to the Parties' Stipulated Motion to Dismiss all claims by MANI PACHAIYAPPAN and GEETHA KUPPU RAO in the above referenced action, it is therefore:

ORDERED, ADJUDGED and DECREED that the claims of MANI PACHAIYAPPAN and GEETHA KUPPU RAO are dismissed. Each party will bear its own costs and attorneys' fees. The parties are also discharged from having to file any further Status Report by June 30, 2007 (Docket 4).

DATED this <u>8th</u> day of <u>  June  </u> 2007.

                                BY THE COURT:

                                <u>   s/Lewis T. Babcock   </u>
                                United States District Court